APPEAL AND ERROR, § 422*—*when bill cannot be complained of as multifarious.* A bill cannot be complained of on review as multifarious, where such question was not raised either in the trial court or the reviewing court.

---

Julia C. Harle, Appellant, v. Henry Hamburg et al., Appellees.

Gen. No. 19,964.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. M. L. McKINLEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed and remanded. Opinion filed December 31, 1914.

### Statement of the Case.

The bill filed in this case contained, in substance, the same allegations as in the case of *Huguley v. Ham-*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*burg,* reported on p. 21, *ante.* A general demurrer was sustained to the bill and the decision in that case held controlling.

LEWIS, FOLSOM & STREETER and J. G. GROSSBERG, for appellant.

WINSTON, PAYNE, STRAWN & SHAW, for appellees; WALTER H. JACOBS and CHARLES J. McFADDEN, of counsel.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.